

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00350-CV

STEPHANIE WOOLFOLK, Appellant

V.

GEORGE ANTHONY DEVORE, DDS AND MANSFIELD SMILES AND ORTHODONTICS, PC, Appellees

§ On Appeal from the 96th District Court

§ of Tarrant County (096-315177-20)

§ May 5, 2022

§ Memorandum Opinion by Justice Walker

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Stephanie Woolfolk shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker